**HINKLE LAW FIRM LLC**
301 North Main, Suite 2000
Wichita, Kansas 67202
(316) 267-2000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## WICHITA DIVISION

| | |
|---|---|
| MARK FUNK, as Administrator of the Estate of Dorothy Funk, deceased; MARK FUNK as heir at law of his mother, Dorothy Funk; and ALAN FUNK, as heir at law of his mother, Dorothy Funk,<br><br>   Plaintiffs,<br><br>v.<br><br>PINNACLE HEALTH FACILITIES XXXII, LP, d/b/a CLEARWATER NURSING & REHABILITATION CENTER; HACIENDA CARE XV LP; LIFE CARE CENTERS OF AMERICA INC., d/b/a LIFE CARE CENTER OF ANDOVER; ANDOVER REAL ESTATE INVESTORS, LLC; and ANDOVER MEDICAL INVESTORS, LLC,<br><br>   Defendants. | Case No. 6:17-CV-01099-JTM-KGG |

**DEFENDANT PINNACLE HEALTH FACILITIES XXXII, LP
D/B/A CLEARWATER NURSING & REHABILITATION CENTER'S MOTION TO
DISMISS COUNT I OF PLAINTIFFS' FIRST AMENDED PETITION**

COMES NOW the Defendant, Pinnacle Health Facilities XXXII, LP d/b/a Clearwater Nursing & Rehabilitation Center, by and through its attorneys of record, Gregory S. Young and Brian L. White of Hinkle Law Firm LLC, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court for an Order dismissing Count I of Plaintiff's First Amended Petition as being barred by the statute of limitations.

-2-

In support of its Motion, Pinnacle Health Facilities XXXII, LP d/b/a Clearwater Nursing & Rehabilitation Center has filed concurrently herewith a memorandum brief which is incorporated herein by reference.

WHEREFORE, the Defendant, Pinnacle Health Facilities XXXII, LP d/b/a Clearwater Nursing & Rehabilitation Center, respectfully requests that the Court grant its Motion to Dismiss Count I of Plaintiffs' First Amended Petition.

    Respectfully Submitted,

    HINKLE LAW FIRM LLC

    By /s/ Gregory S. Young
      Gregory S. Young, #17139
      Brian L. White, #20767
      301 North Main, Suite 2000
      Wichita, Kansas  67202
      Telephone: (316) 267-2000
      Facsimile: (316) 264-1556
      E-mail: gyoung@hinklaw.com
             bwhite@hinklaw.com
    **Attorneys for Defendant**
    **Pinnacle Health Facilities XXXII, LP d/b/a**
    **Clearwater  Nursing  & Rehabilitation Center**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of May, 2017, I electronically filed **Defendant Pinnacle Health Facilities XXXII, LP d/b/a Clearwater Nursing & Rehabilitation Center's Motion to Dismiss Count I of Plaintiffs' First Amended Petition** using the CM/ECF system, which sent notice of electronic filing to the follows:

>Donald Arthur McKinney
>5 Douglas
>Wichita, KS 67207
>**Attorney for Plaintiff**
>
>William P. Denning
>Sanders Warren & Russell, LLP
>40 Corporate Woods
>9401 Indian Creek Parkway, Suite 1250
>Overland Park, Kansas 66210
>**Attorney for Life Care Center's of America, Inc.,**
>**d/b/a Life Care Center of Andover Real Estate Investors, LLC**
>**and Andover Medical Investors, LLC**

       By /s/ Gregory S. Young
          Gregory S. Young, #17139